# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HOANG MINH NGUYEN (1),<br><br>    Defendant. | Case No. 17CR0753-H<br><br>PRELIMINARY ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Superseding Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in properties of Defendant HOANG MINH NGUYEN (1) ("Defendant"), pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 246l(c), as properties involved in the violations of Title 18, United States Code, Sections 922 (g)(1) and 641, as charged in the Superseding Information; and

WHEREAS, on or about November 9, 2017, Defendant pled guilty before Magistrate Judge Barbara Lynn Major to Counts 1 and 2 of the Superseding Information, which pleas included consents to the forfeiture allegation of the Superseding Information, including forfeiture of the following:

  1:  a Glock Model 29, 10 mm pistol, bearing serial number NHZ768;

  2:  eight rounds of 10 mm ammunition;

3: Apple iPhone cellular phone (seized on May 31, 2016 from 10944 Worthing Avenue, San Diego, CA 92126);

4: Spotting scope (seized on May 31, 2016 from 10944 Worthing Avenue, San Diego, CA 92126) and

5: Black Gerber Folding Knife (seized on May 31, 2016 from 10944 Worthing Avenue, San Diego, CA 92126); and

WHEREAS, on December 5, 2017, this Court accepted the guilty pleas by the Defendant to Counts 1 and 2 of the Superseding Information; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the forfeited properties and the offenses; and

WHEREAS, by virtue of said guilty pleas, the United States is now entitled to possession of the above-referenced properties, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the above-referenced properties which were found forfeitable by the Court; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty pleas of the Defendant and based upon the request of the United States, all right, title and interest of Defendant HOANG MINH NGUYEN in the Glock Model 29, 10 mm pistol, bearing serial number NHZ768 and eight rounds of 10 mm ammunition, which are currently in the custody of the San Diego Police Department, are hereby forfeited to the United States, for which the San Diego Police Department is acting as its agent and custodian with respect to the described properties. The Court authorizes the San Diego Police Department to dispose of these forfeited assets according to law.

Further, based upon the guilty pleas of the Defendant, the United States is hereby authorized to take custody and control of Apple iPhone cellular phone, the spotting scope, and the black Gerber folding knife, and all right, title and interest of Defendant HOANG MINH NGUYEN in them are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n).

2. The Apple iPhone cellular phone, spotting scope, and black Gerber Folding Knife are to be held by the United States Federal Bureau of Investigation in its secure custody and control.

3. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

4. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

6. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to the aforementioned assets, in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

IT IS SO ORDERED.

DATED: February 22, 2018

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE